UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
§
GENNADIY R TABACHNIK § Case No. 17-14225
§
Debtor §

## TRUSTEE'S FINAL REPORT (TFR)

The undersigned trustee hereby makes this Final Report and states as follows:

1. A petition under chapter 7 of the United States Bankruptcy Code was filed on 05/05/2017 . The undersigned trustee was appointed on 05/05/2017 .

2. The trustee faithfully and properly fulfilled the duties enumerated in 11 U.S.C. §704.

3. All scheduled and known assets of the estate have been reduced to cash, released to the debtor as exempt property pursuant to 11 U.S.C. § 522, or have been or will be abandoned pursuant to 11 U.S.C. § 554. An individual estate property record and report showing the disposition of all property of the estate is attached as **Exhibit A**.

4. The trustee realized gross receipts of         $    10,000.00

    Funds were disbursed in the following amounts:

    | | |
    |---|---:|
    | Payments made under an interim disbursement | 0.00 |
    | Administrative expenses | 2.94 |
    | Bank service fees | 67.37 |
    | Other payments to creditors | 0.00 |
    | Non-estate funds paid to 3rd Parties | 0.00 |
    | Exemptions paid to the debtor | 0.00 |
    | Other payments to the debtor | 0.00 |

    Leaving a balance on hand of[1]    $     9,929.69

The remaining funds are available for distribution.

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-TFR (5/1/2011) *(Page: 1)*

5. Attached as **Exhibit B** is a cash receipts and disbursements record for each estate bank account.

6. The deadline for filing non-governmental claims in this case was 12/04/2017 and the deadline for filing governmental claims was . All claims of each class which will receive a distribution have been examined and any objections to the allowance of claims have been resolved. If applicable, a claims analysis, explaining why payment on any claim is not being made, is attached as **Exhibit C**.

7. The Trustee's proposed distribution is attached as **Exhibit D**.

8. Pursuant to 11 U.S.C. § 326(a), the maximum compensation allowable to the trustee is $ 1,750.00 . To the extent that additional interest is earned before case closing, the maximum compensation may increase.

The trustee has received $ 0.00 as interim compensation and now requests a sum of $ 1,750.00 , for a total compensation of $ 1,750.00 [2]. In addition, the trustee received reimbursement for reasonable and necessary expenses in the amount of $ 0.00 , and now requests reimbursement for expenses of $ 0.00 , for total expenses of $ 0.00 [2].

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Date: 03/27/2018          By:/s/KAREN R. GOODMAN
                              Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

---

[2] If the estate is administratively insolvent, the dollar amounts reflected in this paragraph may be higher than the amounts listed in the Trustee's Proposed Distribution (Exhibit D).

Page: 1

Exhibit A

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Case No: 17-14225
Case Name: GENNADIY R TABACHNIK
For Period Ending: 03/27/2018

TAB
Judge: Timothy A. Barnes

Trustee Name: KAREN R. GOODMAN
Date Filed (f) or Converted (c): 05/05/2017 (f)
341(a) Meeting Date: 06/14/2017
Claims Bar Date: 12/04/2017

| 1 | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2100 VALENCIA DRIVE, #307 NORTHBROOK IL 60062-0000 COOK | 75,625.00 | 75,625.00 | | 10,000.00 | FA |
| 2. 2009 MERCEDES GL MILEAGE: 120000 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 3. 2012 KIA FORTE MILEAGE: 45000 | 4,275.00 | 4,275.00 | | 0.00 | FA |
| 4. KITCHEN TABLE AND CHAIRS, LIVING ROOM FURNITURE, 1 SET OF BE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. TELEVISION, DVD PLAYER, LAPTOP COMPTUER | 300.00 | 0.00 | | 0.00 | FA |
| 6. WALTHER PPK HANDGUN | 500.00 | 0.00 | | 0.00 | FA |
| 7. MSP .22 HANDGUN | 450.00 | 0.00 | | 0.00 | FA |
| 8. MICELLANEOUS WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 9. WATCH, WEDDING BAND | 150.00 | 0.00 | | 0.00 | FA |
| 10. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 11. WELLS FARGO | 100.00 | 0.00 | | 0.00 | FA |
| 12. CHASE | 100.00 | 0.00 | | 0.00 | FA |
| 13. MY BLAGO TRADING HOUSE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2100 VALENCIA LAND TRUST DATED 9/8/09 | 0.00 | 0.00 | | 0.00 | FA |
| 15. FOID CARD | 0.00 | 0.00 | | 0.00 | FA |
| 16. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |

TOTALS (Excluding Unknown Values)    $90,600.00    $87,900.00    $10,000.00    $0.00
(Total Dollar Amount in Column 6)

Gross Value of Remaining Assets

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TFR (5/1/2011) (Page: 3)

Page: 2

Exhibit A

Initial Projected Date of Final Report (TFR): 06/30/2018

Current Projected Date of Final Report (TFR): 06/30/2018

Page: 1

Exhibit B

FORM 2
ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Case No: 17-14225
Case Name: GENNADIY R TABACHNIK
Taxpayer ID No: XX-XXX8092
For Period Ending: 03/27/2018

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3383
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/17 | 1 | Ottenheimer Law Group, LLC, Client Trust Account | Sale of Debtor's interest in condo per Court Order dated October 10, 2017 | 1110-000 | $10,000.00 | | $10,000.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $9,975.63 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,960.80 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 02/14/18 | 101 | International Sureties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 0160073584 | 2300-000 | | $2.94 | $9,943.05 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $9,929.69 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $70.31 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $70.31 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $70.31 |

Page Subtotals:   $10,000.00   $70.31

UST Form 101-7-TFR (5/1/2011) (Page: 5)

Page: 2

Exhibit B

## TOTAL OF ALL ACCOUNTS

| | NET DEPOSITS | NET DISBURSEMENTS | NET ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3383 - Checking | $10,000.00 | $70.31 | $9,929.69 |
| | $10,000.00 | $70.31 | $9,929.69 |
| | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals: $0.00 $0.00

Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-14225
Debtor Name: GENNADIY R TABACHNIK
Claims Bar Date: 12/4/2017

Date: April 12, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 100 2100 | KAREN R. GOODMAN<br>111 East Wacker Drive<br>Suite 2800<br>Chicago, IL 60601 | Administrative | | $0.00 | $1,750.00 | $1,750.00 |
| 100 3210 | TAFT STETTINIUS & HOLLISTER LLP<br>111 EAST WACKER DRIVE<br>SUITE 2800<br>CHICAGO, IL 60601 | Administrative | | $0.00 | $3,292.50 | $3,292.50 |
| 100 3410 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $1,039.88 | $1,039.88 |
| 100 3420 | ALAN D. LASKO<br>ALAN D. LASKO & ASSOCIATES<br>205 WEST RANDOLPH STREET, SUITE 1150<br>CHICAGO, IL 60606 | Administrative | | $0.00 | $21.20 | $21.20 |
| 1 300 7100 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Unsecured | | $0.00 | $3,396.69 | $3,396.69 |
| 2 300 7100 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Unsecured | | $0.00 | $17,333.78 | $17,333.78 |
| 3 300 7100 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | Unsecured | | $0.00 | $18,322.76 | $18,322.76 |
| 4 300 7100 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $7,695.77 | $7,695.77 |
| 5 300 7100 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services, PO Box 19008<br>Greenville, SC 29602 | Unsecured | | $0.00 | $5,045.80 | $5,045.80 |


Exhibit C
ANALYSIS OF CLAIMS REGISTER

Case Number: 17-14225
Debtor Name: GENNADIY R TABACHNIK
Claims Bar Date: 12/4/2017

Date: April 12, 2018

| Code # | Creditor Name And Address | Claim Class | Notes | Scheduled | Claimed | Allowed |
|---|---|---|---|---|---|---|
| 6<br>300<br>7100 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | Unsecured | | $0.00 | $8,587.19 | $8,587.19 |
| 7<br>300<br>7100 | CAPITAL ONE BANK (USA),<br>N.A. - CABELA"S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Unsecured | | $0.00 | $5,064.08 | $5,064.08 |
| 8<br>300<br>7100 | QUANTUM3 GROUP LLC AS<br>AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Unsecured | | $0.00 | $4,567.51 | $4,567.51 |
| 9<br>300<br>7100 | COMENITY CAPITAL<br>BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE STE. 400<br>SEATTLE, WA 98121 | Unsecured | | $0.00 | $3,445.44 | $3,445.44 |
| 10<br>300<br>7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $1,095.60 | $1,095.60 |
| 11<br>300<br>7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $675.67 | $675.67 |
| 12<br>300<br>7100 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES<br>MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Unsecured | | $0.00 | $1,956.19 | $1,956.19 |
| | Case Totals | | | $0.00 | $83,290.06 | $83,290.06 |

Code#: Trustee's Claim Number, Priority Code, Claim Type (UTC)

# TRUSTEE'S PROPOSED DISTRIBUTION

Exhibit D

Case No.: 17-14225
Case Name: GENNADIY R TABACHNIK
Trustee Name: KAREN R. GOODMAN

Balance on hand $ 9,929.69

Claims of secured creditors will be paid as follows:

NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payments to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 3,292.50 | $ 0.00 | $ 3,292.50 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,039.88 | $ 0.00 | $ 1,039.88 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 21.20 | $ 0.00 | $ 21.20 |

Total to be paid for chapter 7 administrative expenses  $ 6,103.58
Remaining Balance  $ 3,826.11

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,186.48 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 5.0 percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payments to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $ 3,396.69 | $ 0.00 | $ 168.37 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $ 17,333.78 | $ 0.00 | $ 859.23 |
| 3 | FIFTH THIRD BANK | $ 18,322.76 | $ 0.00 | $ 908.25 |
| 4 | PYOD, LLC its successors and assigns as assignee | $ 7,695.77 | $ 0.00 | $ 381.48 |
| 5 | PYOD, LLC its successors and assigns as assignee | $ 5,045.80 | $ 0.00 | $ 250.12 |
| 6 | FIFTH THIRD BANK | $ 8,587.19 | $ 0.00 | $ 425.66 |
| 7 | CAPITAL ONE BANK (USA), N.A. - CABELA"S CLUB VISA | $ 5,064.08 | $ 0.00 | $ 251.02 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | $ 4,567.51 | $ 0.00 | $ 226.41 |
| 9 | COMENITY CAPITAL BANK/PAYPAL CREDIT | $ 3,445.44 | $ 0.00 | $ 170.79 |
| 10 | SYNCHRONY BANK | $ 1,095.60 | $ 0.00 | $ 54.31 |
| 11 | SYNCHRONY BANK | $ 675.67 | $ 0.00 | $ 33.49 |
| 12 | SYNCHRONY BANK | $ 1,956.19 | $ 0.00 | $ 96.98 |

UST Form 101-7-TFR (5/1/2011) (Page: 8)

| | | |
|---|---|---|
| Total to be paid to timely general unsecured creditors | $ | 3,826.11 |
| Remaining Balance | $ | 0.00 |

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE