UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| In Re: | § | |
| | § | |
| GENNADIY R TABACHNIK | § | Case No. 17-14225 |
| | § | |
| Debtor | § | |

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P. 2002(a)(6) and 2002(f)(8), please take notice that KAREN R. GOODMAN, trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

219 S. Dearborn Street
Chicago, IL 60604

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within 21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee. A hearing on the fee applications and any objection to the Final Report will be held at 10:30 AM on 05/15/2018 in Courtroom 744,

Clerk of the Bankruptcy Court
219 S. Dearborn
Chicago, IL 60604

If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.

Date Mailed: 04/16/2018                    By: /s/ Karen R. Goodman
                                                      Trustee

*KAREN R. GOODMAN*
*111 East Wacker Drive*
*Suite 2800*
*Chicago, IL 60601*

# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### EASTERN DIVISION

In Re: §
§
GENNADIY R TABACHNIK § Case No. 17-14225
§
Debtor §

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| The Final Report shows receipts of | $ | 10,000.00 |
| and approved disbursements of | $ | 70.31 |
| leaving a balance on hand of[1] | $ | 9,929.69 |

Claims of secured creditors will be paid as follows:

### NONE

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | Total Requested | Interim Payment to Date | Proposed Payment |
|---|---|---|---|
| Trustee Fees: KAREN R. GOODMAN | $ 1,750.00 | $ 0.00 | $ 1,750.00 |
| Attorney for Trustee Fees: TAFT STETTINIUS & HOLLISTER LLP | $ 3,292.50 | $ 0.00 | $ 3,292.50 |
| Accountant for Trustee Fees: ALAN D. LASKO | $ 1,039.88 | $ 0.00 | $ 1,039.88 |
| Accountant for Trustee Expenses: ALAN D. LASKO | $ 21.20 | $ 0.00 | $ 21.20 |

| | | |
|---|---|---|
| Total to be paid for chapter 7 administrative expenses | $ | 6,103.58 |
| Remaining Balance | $ | 3,826.11 |

---

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. §326(a) on account of the disbursement of the additional interest.

UST Form 101-7-NFR (10/1/2010) *(Page: 2)*

Applications for prior chapter fees and administrative expenses have been filed as follows:

NONE

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $ 0.00  must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

NONE

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 77,186.48  have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be  5.0  percent, plus interest (if applicable).

Timely allowed general (unsecured) claims are as follows:

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 1 | DISCOVER BANK | $          3,396.69 | $          0.00 | $          168.37 |
| 2 | CAPITAL ONE BANK (USA), N.A. | $         17,333.78 | $          0.00 | $          859.23 |
| 3 | FIFTH THIRD BANK | $         18,322.76 | $          0.00 | $          908.25 |
| 4 | PYOD, LLC its successors and assigns as assignee | $          7,695.77 | $          0.00 | $          381.48 |
| 5 | PYOD, LLC its successors and assigns as assignee | $          5,045.80 | $          0.00 | $          250.12 |
| 6 | FIFTH THIRD BANK | $          8,587.19 | $          0.00 | $          425.66 |
| 7 | CAPITAL ONE BANK (USA), N.A. - CABELA"S CLUB VISA | $          5,064.08 | $          0.00 | $          251.02 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | $          4,567.51 | $          0.00 | $          226.41 |

| Claim No. | Claimant | Allowed Amount of Claim | Interim Payment to Date | Proposed Payment |
|---|---|---|---|---|
| 9 | COMENITY CAPITAL BANK/PAYPAL CREDIT | $ 3,445.44 | $ 0.00 | $ 170.79 |
| 10 | SYNCHRONY BANK | $ 1,095.60 | $ 0.00 | $ 54.31 |
| 11 | SYNCHRONY BANK | $ 675.67 | $ 0.00 | $ 33.49 |
| 12 | SYNCHRONY BANK | $ 1,956.19 | $ 0.00 | $ 96.98 |

Total to be paid to timely general unsecured creditors      $      3,826.11

Remaining Balance      $      0.00

Tardily filed claims of general (unsecured) creditors totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full. The tardily filed claim dividend is anticipated to be 0.0 percent, plus interest (if applicable).

Tardily filed general (unsecured) claims are as follows:

NONE

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00  have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full. The dividend for subordinated unsecured claims is anticipated to be 0.0 percent, plus interest (if applicable).

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

NONE

Prepared By: /s/ Karen R. Goodman

Trustee

KAREN R. GOODMAN
111 East Wacker Drive
Suite 2800
Chicago, IL 60601

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## EASTERN DIVISION

| | | |
|---|---|---|
| IN RE: | ) | Chapter 7 |
| | ) | |
| TABACHNIK, GENNADIY R., | ) | CASE NO:    17-14225 |
| | ) | |
| DEBTOR. | ) | HONORABLE TIMOTHY A. BARNES |
| | ) | U.S. BANKRUPTCY JUDGE |
| | ) | |

### CERTIFICATE OF SERVICE

I, Karen R. Goodman, an attorney, certify that I served true and correct copies of the Notice of Final Report to the Debtor, the Debtor's attorney, all parties in interest, and all creditors that hold claims for which proof of claims have been filed (listed on the below service list) via electronic service on those registered in the CM/ECF system and, for those not listed in the CM/ECF system, at the addresses listed, by placing them in envelopes, properly addressed, with proper postage prepaid, and depositing them in the United States Mail Chute at 111 East Wacker Drive, Chicago, Illinois at or before 5:00 p.m. on April 16, 2018.

_/s/ Karen R. Goodman_

Karen R. Goodman (#1008242)
Taft Stettinius & Hollister LLP
111 East Wacker Drive, Suite 2800
Chicago, Illinois 60601
Phone:  (312) 527-4000
Fax: (312) 966-8480

22334129.1

## SERVICE LIST

United States Trustee
219 South Dearborn, Suite 873
Chicago, Illinois 60606


Discover Bank
Discover Products Inc.
PO Box 3025
New Albany, OH 3025


PYOD, LLC
its successors and assigns as assignee of
Citibank, N.A.
Resurgent Capital Services
PO box 19008
Greenville, SC 29602


Quantum3Group LLC
as agent for Comenity Capital Bank
PO Box 788
Kirkland, WA 98083-0788


Synchrony Bank
c/o PRA Receivables Management, LLC
PO Box 41021
Norfolk, VA 23541


Gennadiy R Tabachnik
2100 Valencia Drive, #307
Northbrook, IL 60062


Capital One Bank (USA)
by American InfoSource LP as agent
PO Box 71083
Charlotte, NC 28272-1083


Fifth Third Bank
PO Box 9013
Addison, Texas 75001


Capital One  Bank (USA), N.A.
Cabela's Club Visa
PO Box 82609
Lincoln, NE 68501-2609


Comenity  Capital Bank/Paypal Credit
c/o Weinstein & Riley P.S.
2001 Western Avenue, Suite 400
Seattle, WA 98121


Nicole K. Fishkin
Ottenheimer Law Group LLC
750 W. Lake Cook Road, Suite 290
buffalo Grove, IL 60089