UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

In Re: §
§
GENNADIY R TABACHNIK § Case No. 17-14225
§
Debtor §

CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY
ADMINISTERED AND APPLICATION TO BE DISCHARGED (TDR)

KAREN R. GOODMAN, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: 9,975.00          Assets Exempt: 20,000.00
*(Without deducting any secured claims)*

Total Distributions to Claimants: 3,826.11     Claims Discharged
                                                Without Payment: 300,099.01

Total Expenses of Administration: 6,173.89

3) Total gross receipts of $ 10,000.00 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $0.00 (see **Exhibit 2**), yielded net receipts of $ 10,000.00 from the liquidation of the property of the estate, which was distributed as follows:

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $ 10,686.80 | $ 0.00 | $ 0.00 | $ 0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | NA | 6,173.89 | 4,423.89 | 6,173.89 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | NA | NA | NA | NA |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | NA | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 216,051.84 | 77,186.48 | 77,186.48 | 3,826.11 |
| **TOTAL DISBURSEMENTS** | $ 226,738.64 | $ 83,360.37 | $ 81,610.37 | $ 10,000.00 |

4) This case was originally filed under chapter 7 on 05/05/2017 . The case was pending for 17 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/04/2018          By:/s/KAREN R. GOODMAN
                                                        Trustee

**STATEMENT**: This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. § 1320.4(a)(2) applies.

## EXHIBITS TO
## FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE[1] | $ AMOUNT RECEIVED |
|---|---|---|
| 2100 VALENCIA DRIVE, #307 NORTHBROOK IL 60062-0000 COOK | 1110-000 | 10,000.00 |
| **TOTAL GROSS RECEIPTS** | | **$ 10,000.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| NA | | NA | NA |
| **TOTAL FUNDS PAID TO DEBTOR & THIRD PARTIES** | | | **$ NA** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Ally Financial, 200 Renaissance Center Detroit, MI 48243 | | 4,801.17 | NA | NA | 0.00 |
| | Toyota Motor Credit, 1111 W. 22nd Street Suite 420 Oak Brook, IL 60523 | | 5,885.63 | NA | NA | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$ 10,686.80** | **$ 0.00** | **$ 0.00** | **$ 0.00** |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| KAREN R. GOODMAN | 2100-001 | NA | 1,750.00 | 0.00 | 1,750.00 |
| International Surreties, Ltd. | 2300-000 | NA | 2.94 | 2.94 | 2.94 |
| Associated Bank | 2600-000 | NA | 67.37 | 67.37 | 67.37 |
| TAFT STETTINIUS & HOLLISTER LLP | 3210-000 | NA | 3,292.50 | 3,292.50 | 3,292.50 |
| ALAN D. LASKO | 3410-000 | NA | 1,039.88 | 1,039.88 | 1,039.88 |
| ALAN D. LASKO | 3420-000 | NA | 21.20 | 21.20 | 21.20 |
| TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES | | $ NA | $ 6,173.89 | $ 4,423.89 | $ 6,173.89 |

## EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| NA: NA | NA | NA | NA | NA | NA |
| TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES | | $ NA | $ NA | $ NA | $ NA |

## EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | | | 0.00 | NA | NA | 0.00 |
| TOTAL PRIORITY UNSECURED CLAIMS | | | $ NA | $ 0.00 | $ 0.00 | $ 0.00 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Andreou & Casson, Ltd, 661 West Lake Street Suite 2 North Chicago, IL 60661 | | 3,058.92 | NA | NA | 0.00 |
| | Armor Systems Co, 1700 Kiefer Dr Ste 1 Zion, IL 60099 | | 200.00 | NA | NA | 0.00 |
| | Bank of America, P.O. Box 982238 El Paso, TX 79998 | | 6,556.00 | NA | NA | 0.00 |
| | Bankamerica, P.O. Box 982238 El Paso, TX 79998 | | 8,989.00 | NA | NA | 0.00 |
| | Bankamerica, P.O. Box 982238 El Paso, TX 79998 | | 1,908.00 | NA | NA | 0.00 |
| | Barclays Bank Delaware, P.O. Box 8803 Wilmington, DE 19899 | | 5,646.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Capital One Bank Usa N, 15000 Capital One Dr Richmond, VA 23238 | | 17,244.00 | NA | NA | 0.00 |
| | CBNA, P.O. Box 6282 Sioux Falls, SD 57117 | | 2,219.00 | NA | NA | 0.00 |
| | Chase Card, 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 1,132.00 | NA | NA | 0.00 |
| | Chase Card, 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 1,082.00 | NA | NA | 0.00 |
| | Chase Card, 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 3,555.00 | NA | NA | 0.00 |
| | Chase Card, 201 N. Walnut St//De1-1027 Wilmington, DE 19801 | | 4,846.00 | NA | NA | 0.00 |
| | Chase Card, 201 N. Walnut Street Wilmington, DE 19801 | | 2,187.00 | NA | NA | 0.00 |
| | Citi, 701 E 60th St N Sioux Falls, SD 57104 | | 5,028.00 | NA | NA | 0.00 |
| | Citi, P.O. Box 5421 Sioux Falls, SD 57117 | | 6,969.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | City of Chicago Dept. of Finance, Tax Enforcement- DePaul Ctr #300 333 South State Street Chicago, IL 60604-3977 | | 106,597.92 | NA | NA | 0.00 |
| | Comenitycapital/lxvisa, P.O. Box 182120 Columbus, OH 43218 | | 4,567.00 | NA | NA | 0.00 |
| | Discover Fin Svcs Llc, P.O. Box 15316 Wilmington, DE 19850 | | 3,316.00 | NA | NA | 0.00 |
| | Fifth Third Bank, 5050 Kingsley Dr Cincinnati, OH 45227 | | 7,257.00 | NA | NA | 0.00 |
| | Fifth Third Bank, 5050 Kingsley Dr Cincinnati, OH 45227 | | 14,540.00 | NA | NA | 0.00 |
| | Kohls/capone, N56 W 17000 Ridgewood Dr Menomonee Falls, WI 53051 | | 274.00 | NA | NA | 0.00 |
| | Sears/cbna, Po Box 6282 Sioux Falls, SD 57117 | | 17.00 | NA | NA | 0.00 |
| | Syncb/tjx Cos Dc, PO Box 965015 Orlando, FL 32896 | | 1,095.00 | NA | NA | 0.00 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| | Syncb/walmart Dc, P.O. Box 965024 Orlando, FL 32896 | | 1,956.00 | NA | NA | 0.00 |
| | Syncb/walmart Dc, P.O. Box 965024 Orlando, FL 32896 | | 675.00 | NA | NA | 0.00 |
| | Thd/cbna, P.O. Box 6497 Sioux Falls, SD 57117 | | 73.00 | NA | NA | 0.00 |
| | Worlds Foremost Bank N, 4800 Nw 1st St Ste 300 Lincoln, NE 68521 | | 5,064.00 | NA | NA | 0.00 |
| 2 | CAPITAL ONE BANK (USA), N.A. | 7100-000 | NA | 17,333.78 | 17,333.78 | 859.23 |
| 7 | CAPITAL ONE BANK (USA), N.A. - CABELA"S CLUB VISA | 7100-000 | NA | 5,064.08 | 5,064.08 | 251.02 |
| 9 | COMENITY CAPITAL BANK/PAYPAL CREDIT | 7100-000 | NA | 3,445.44 | 3,445.44 | 170.79 |
| 1 | DISCOVER BANK | 7100-000 | NA | 3,396.69 | 3,396.69 | 168.37 |
| 8 | QUANTUM3 GROUP LLC AS AGENT FOR | 7100-000 | NA | 4,567.51 | 4,567.51 | 226.41 |
| 3 | FIFTH THIRD BANK | 7100-001 | NA | 18,322.76 | 18,322.76 | 908.25 |
| 6 | FIFTH THIRD BANK | 7100-001 | NA | 8,587.19 | 8,587.19 | 425.66 |

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 4 | PYOD, LLC its successors and assigns as assignee | 7100-001 | NA | 7,695.77 | 7,695.77 | 381.48 |
| 5 | PYOD, LLC its successors and assigns as assignee | 7100-001 | NA | 5,045.80 | 5,045.80 | 250.12 |
| 10 | SYNCHRONY BANK | 7100-001 | NA | 1,095.60 | 1,095.60 | 54.31 |
| 11 | SYNCHRONY BANK | 7100-001 | NA | 675.67 | 675.67 | 33.49 |
| 12 | SYNCHRONY BANK | 7100-001 | NA | 1,956.19 | 1,956.19 | 96.98 |
| TOTAL GENERAL UNSECURED CLAIMS | | | $ 216,051.84 | $ 77,186.48 | $ 77,186.48 | $ 3,826.11 |

**FORM 1**
**INDIVIDUAL ESTATE PROPERTY RECORD AND REPORT**
**ASSET CASES**

Exhibit 8

| Case No: | 17-14225 | TAB | Judge: | Timothy A. Barnes | Trustee Name: | KAREN R. GOODMAN |
| --- | --- | --- | --- | --- | --- | --- |
| Case Name: | GENNADIY R TABACHNIK | | | | Date Filed (f) or Converted (c): | 05/05/2017 (f) |
| | | | | | 341(a) Meeting Date: | 06/14/2017 |
| For Period Ending: | 10/04/2018 | | | | Claims Bar Date: | 12/04/2017 |

| 1 | 2 | 3 | 4 | 5 | 6 |
| --- | --- | --- | --- | --- | --- |
| Asset Description (Scheduled and Unscheduled (u) Property) | Petition/ Unscheduled Values | Est Net Value (Value Determined by Trustee, Less Liens, Exemptions, and Other Costs) | Property Formally Abandoned OA=554(a) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1. 2100 VALENCIA DRIVE, #307 NORTHBROOK IL 60062-0000 COOK | 75,625.00 | 75,625.00 | | 10,000.00 | FA |
| 2. 2009 MERCEDES GL MILEAGE: 120000 | 8,000.00 | 8,000.00 | | 0.00 | FA |
| 3. 2012 KIA FORTE MILEAGE: 45000 | 4,275.00 | 4,275.00 | | 0.00 | FA |
| 4. KITCHEN TABLE AND CHAIRS, LIVING ROOM FURNITURE, 1 SET OF BE | 1,000.00 | 0.00 | | 0.00 | FA |
| 5. TELEVISION, DVD PLAYER, LAPTOP COMPTUER | 300.00 | 0.00 | | 0.00 | FA |
| 6. WALTHER PPK HANDGUN | 500.00 | 0.00 | | 0.00 | FA |
| 7. MSP .22 HANDGUN | 450.00 | 0.00 | | 0.00 | FA |
| 8. MICELLANEOUS WEARING APPAREL | 100.00 | 0.00 | | 0.00 | FA |
| 9. WATCH, WEDDING BAND | 150.00 | 0.00 | | 0.00 | FA |
| 10. DOG | 0.00 | 0.00 | | 0.00 | FA |
| 11. WELLS FARGO | 100.00 | 0.00 | | 0.00 | FA |
| 12. CHASE | 100.00 | 0.00 | | 0.00 | FA |
| 13. MY BLAGO TRADING HOUSE, INC. | 0.00 | 0.00 | | 0.00 | FA |
| 14. 2100 VALENCIA LAND TRUST DATED 9/8/09 | 0.00 | 0.00 | | 0.00 | FA |
| 15. FOID CARD | 0.00 | 0.00 | | 0.00 | FA |
| 16. TERM LIFE INSURANCE | 0.00 | 0.00 | | 0.00 | FA |

Gross Value of Remaining Assets

TOTALS (Excluding Unknown Values)     $90,600.00     $87,900.00     $10,000.00     $0.00

(Total Dollar Amount in Column 6)

Major activities affecting case closing which are not reflected above, and matters pending, date of hearing or sale, and other action:

UST Form 101-7-TDR (10/1/2010) *(Page: 10)*

3/31/18: TFR submitted to UST on 3/21/18.

12/31/17: Claims review and filing of any objections necessary; file TFR

Exhibit 8

Initial Projected Date of Final Report (TFR): 06/30/2018         Current Projected Date of Final Report (TFR): 06/30/2018

**FORM 2**

**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

Case No: 17-14225  
Case Name: GENNADIY R TABACHNIK  
Taxpayer ID No: XX-XXX8092  
For Period Ending: 10/04/2018  

Trustee Name: KAREN R. GOODMAN  
Bank Name: Associated Bank  
Account Number/CD#: XXXXXX3383  
Checking  
Blanket Bond (per case limit): $54,646,000.00  
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 10/19/17 | 1 | Ottenheimer Law Group, LLC, Client Truste Account | Sale of Debtor's interest in condo per Court Order dated October 10, 2017 | 1110-000 | $10,000.00 | | $10,000.00 |
| 11/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $10.00 | $9,990.00 |
| 12/07/17 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.37 | $9,975.63 |
| 01/08/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.83 | $9,960.80 |
| 02/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $14.81 | $9,945.99 |
| 02/14/18 | 101 | International Surreties, Ltd. Suite 420 701 Poydras Street New Orleans, LA 70139 | Payment of 2018 Bond Premium - Bond No. 016073584 | 2300-000 | | $2.94 | $9,943.05 |
| 03/07/18 | | Associated Bank | Bank Service Fee under 11 U.S.C. § 330(a)(1)(B), 503(b)(1), and 507(a)(2) | 2600-000 | | $13.36 | $9,929.69 |
| 05/17/18 | 107 | FIFTH THIRD BANK PO BOX 9013 ADDISON, TEXAS 75001 | Distribution Reversal combined claim payments in final distribution Claim No 3 & 6 | | | ($1,333.91) | $11,263.60 |
| | | FIFTH THIRD BANK | Final distribution to claim 3 representing a payment of 4.96 % per court order. $908.25 | 7100-000 | | | |
| | | FIFTH THIRD BANK | Final distribution to claim 6 representing a payment of 4.96 % per court order. $425.66 | 7100-000 | | | |
| 05/17/18 | 108 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services,PO Box 19008 Greenville, SC 29602 | Distribution Reversal combined claim payments in final distribution claim no 4 & 5 | | | ($631.60) | $11,895.20 |

Page Subtotals: $10,000.00    ($1,895.20)

UST Form 101-7-TDR (10/1/2010) *(Page: 12)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

Case No: 17-14225
Case Name: GENNADIY R TABACHNIK
Taxpayer ID No: XX-XXX8092
For Period Ending: 10/04/2018

Trustee Name: KAREN R. GOODMAN
Bank Name: Associated Bank
Account Number/CD#: XXXXXX3383
Checking
Blanket Bond (per case limit): $54,646,000.00
Separate Bond (if applicable):

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | PYOD, LLC its successors and assigns as assignee | Final distribution to claim 4 representing a payment of 4.96 % per court order. | $381.48 | 7100-000 | | |
| | | PYOD, LLC its successors and assigns as assignee | Final distribution to claim 5 representing a payment of 4.96 % per court order. | $250.12 | 7100-000 | | |
| 05/17/18 | 112 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Distribution Reversal combined claim payments in final distribution claim no. 10, 11 & 12 | | | ($184.78) | $12,079.98 |
| | | SYNCHRONY BANK | Final distribution to claim 10 representing a payment of 4.96 % per court order. | $54.31 | 7100-000 | | |
| | | SYNCHRONY BANK | Final distribution to claim 11 representing a payment of 4.96 % per court order. | $33.49 | 7100-000 | | |
| | | SYNCHRONY BANK | Final distribution to claim 12 representing a payment of 4.96 % per court order. | $96.98 | 7100-000 | | |
| 05/17/18 | 102 | KAREN R. GOODMAN 111 East Wacker Drive Suite 2800 Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. Reversal firm name is missing on check | | 2100-000 | ($1,750.00) | $13,829.98 |
| 05/17/18 | 102 | KAREN R. GOODMAN 111 East Wacker Drive Suite 2800 Chicago, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | | 2100-001 | $1,750.00 | $12,079.98 |
| 05/17/18 | 103 | TAFT STETTINIUS & HOLLISTER LLP 111 EAST WACKER DRIVE SUITE 2800 CHICAGO, IL 60601 | Final distribution representing a payment of 100.00 % per court order. | | 3210-000 | $3,292.50 | $8,787.48 |
| 05/17/18 | 104 | ALAN D. LASKO ALAN D. LASKO & ASSOCIATES 205 WEST RANDOLPH STREET, SUITE 1150 CHICAGO, IL 60606 | Distribution | | | $1,061.08 | $7,726.40 |

Page Subtotals: $0.00 $4,168.80

UST Form 101-7-TDR (10/1/2010) (Page: 13)

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| Case No: | 17-14225 | Trustee Name: | KAREN R. GOODMAN |
|---|---|---|---|
| Case Name: | GENNADIY R TABACHNIK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3383 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8092 | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| | | ALAN D. LASKO | Final distribution representing a payment of 100.00 % per court order. ($1,039.88) | 3410-000 | | | |
| | | ALAN D. LASKO | Final distribution representing a payment of 100.00 % per court order. ($21.20) | 3420-000 | | | |
| 05/17/18 | 105 | DISCOVER BANK<br>DISCOVER PRODUCTS INC<br>PO BOX 3025<br>NEW ALBANY, OH 43054-3025 | Final distribution to claim 1 representing a payment of 4.96 % per court order. | 7100-000 | | $168.37 | $7,558.03 |
| 05/17/18 | 106 | CAPITAL ONE BANK (USA), N.A.<br>BY AMERICAN INFOSOURCE LP AS AGENT<br>PO BOX 71083<br>CHARLOTTE, NC 28272-1083 | Final distribution to claim 2 representing a payment of 4.96 % per court order. | 7100-000 | | $859.23 | $6,698.80 |
| 05/17/18 | 107 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | Distribution | | | $1,333.91 | $5,364.89 |
| | | FIFTH THIRD BANK | Final distribution to claim 3 representing a payment of 4.96 % per court order. ($908.25) | 7100-001 | | | |
| | | FIFTH THIRD BANK | Final distribution to claim 6 representing a payment of 4.96 % per court order. ($425.66) | 7100-001 | | | |
| 05/17/18 | 108 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC  29602 | Distribution | | | $631.60 | $4,733.29 |
| | | PYOD, LLC its successors and assigns as assignee | Final distribution to claim 4 representing a payment of 4.96 % per court order. ($381.48) | 7100-001 | | | |
| | | PYOD, LLC its successors and assigns as assignee | Final distribution to claim 5 representing a payment of 4.96 % per court order. ($250.12) | 7100-001 | | | |

| | | | Page Subtotals: | | $0.00 | $2,993.11 | |

UST Form 101-7-TDR (10/1/2010) *(Page: 14)*

FORM 2

ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD

Exhibit 9

| | |  | | |
|---|---|---|---|---|
| Case No: | 17-14225 | Trustee Name: | KAREN R. GOODMAN | |
| Case Name: | GENNADIY R TABACHNIK | Bank Name: | Associated Bank | |
| | | Account Number/CD#: | XXXXXX3383 | |
| | | | Checking | |
| Taxpayer ID No: | XX-XXX8092 | Blanket Bond (per case limit): | $54,646,000.00 | |
| For Period Ending: | 10/04/2018 | Separate Bond (if applicable): | | |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/18 | 109 | CAPITAL ONE BANK (USA), N.A. - CABELA"S CLUB VISA<br>PO BOX 82609<br>LINCOLN, NE 68501-2609 | Final distribution to claim 7 representing a payment of 4.96 % per court order. | 7100-000 | | $251.02 | $4,482.27 |
| 05/17/18 | 110 | QUANTUM3 GROUP LLC AS AGENT FOR<br>COMENITY CAPITAL BANK<br>PO BOX 788<br>KIRKLAND, WA 98083-0788 | Final distribution to claim 8 representing a payment of 4.96 % per court order. | 7100-000 | | $226.41 | $4,255.86 |
| 05/17/18 | 111 | COMENITY CAPITAL BANK/PAYPAL CREDIT<br>C/O WEINSTEIN & RILEY P.S.<br>2001 WESTERN AVE STE. 400<br>SEATTLE, WA 98121 | Final distribution to claim 9 representing a payment of 4.96 % per court order. | 7100-000 | | $170.79 | $4,085.07 |
| 05/17/18 | 112 | SYNCHRONY BANK<br>C/O PRA RECEIVABLES MANAGEMENT, LLC<br>PO BOX 41021<br>NORFOLK VA 23541 | Distribution | | | $184.78 | $3,900.29 |
| | | SYNCHRONY BANK | Final distribution to claim 10 representing a payment of 4.96 % per court order. ($54.31) | 7100-001 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 11 representing a payment of 4.96 % per court order. ($33.49) | 7100-001 | | | |
| | | SYNCHRONY BANK | Final distribution to claim 12 representing a payment of 4.96 % per court order. ($96.98) | 7100-001 | | | |
| 05/17/18 | 113 | FIFTH THIRD BANK<br>PO BOX 9013<br>ADDISON, TEXAS 75001 | Final distribution to claim 3 representing a payment of 4.96 % per court order. | 7100-000 | | $908.25 | $2,992.04 |
| 05/17/18 | 114 | PYOD, LLC its successors and assigns as assignee<br>of Citibank, N.A.<br>Resurgent Capital Services,PO Box 19008<br>Greenville, SC 29602 | Final distribution to claim 4 representing a payment of 4.96 % per court order. | 7100-000 | | $381.48 | $2,610.56 |

| | | Page Subtotals: | $0.00 | $2,122.73 |
|---|---|---|---|---|

UST Form 101-7-TDR (10/1/2010) *(Page: 15)*

**FORM 2**
**ESTATE CASH RECEIPTS AND DISBURSEMENTS RECORD**

Exhibit 9

| | |  | |
|---|---|---|---|
| Case No: | 17-14225 | Trustee Name: | KAREN R. GOODMAN |
| Case Name: | GENNADIY R TABACHNIK | Bank Name: | Associated Bank |
| | | Account Number/CD#: | XXXXXX3383 |
| | | | Checking |
| Taxpayer ID No: | XX-XXX8092 | Blanket Bond (per case limit): | $54,646,000.00 |
| For Period Ending: | 10/04/2018 | Separate Bond (if applicable): | |

| 1 | 2 | 3 | 4 | 5 | 6 | 7 |
|---|---|---|---|---|---|---|
| Transaction Date | Check or Reference | Paid To / Received From | Description of Transaction | Uniform Tran. Code | Deposits ($) | Disbursements ($) | Account/CD Balance ($) |
| 05/17/18 | 115 | PYOD, LLC its successors and assigns as assignee of Citibank, N.A. Resurgent Capital Services, PO Box 19008 Greenville, SC 29602 | Final distribution to claim 5 representing a payment of 4.96 % per court order. | 7100-000 | | $250.12 | $2,360.44 |
| 05/17/18 | 116 | FIFTH THIRD BANK PO BOX 9013 ADDISON, TEXAS 75001 | Final distribution to claim 6 representing a payment of 4.96 % per court order. | 7100-000 | | $425.66 | $1,934.78 |
| 05/17/18 | 117 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Final distribution to claim 10 representing a payment of 4.96 % per court order. | 7100-000 | | $54.31 | $1,880.47 |
| 05/17/18 | 118 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Final distribution to claim 11 representing a payment of 4.96 % per court order. | 7100-000 | | $33.49 | $1,846.98 |
| 05/17/18 | 119 | SYNCHRONY BANK C/O PRA RECEIVABLES MANAGEMENT, LLC PO BOX 41021 NORFOLK VA 23541 | Final distribution to claim 12 representing a payment of 4.96 % per court order. | 7100-000 | | $96.98 | $1,750.00 |
| 05/17/18 | 120 | KAREN R. GOODMAN Taft Stettinius & Hollister, LLP | Distribution | 2100-000 | | $1,750.00 | $0.00 |

| | | |
|---|---|---|
| COLUMN TOTALS | $10,000.00 | $10,000.00 |
| Less: Bank Transfers/CD's | $0.00 | $0.00 |
| Subtotal | $10,000.00 | $10,000.00 |
| Less: Payments to Debtors | $0.00 | $0.00 |
| Net | $10,000.00 | $10,000.00 |

| | | |
|---|---|---|
| Page Subtotals: | $0.00 | $2,610.56 |

UST Form 101-7-TDR (10/1/2010) *(Page: 16)*

Exhibit 9

TOTAL OF ALL ACCOUNTS

|  | NET DEPOSITS | NET DISBURSEMENTS | ACCOUNT BALANCE |
|---|---|---|---|
| XXXXXX3383 - Checking | $10,000.00 | $10,000.00 | $0.00 |
|  | $10,000.00 | $10,000.00 | $0.00 |
|  | (Excludes account transfers) | (Excludes payments to debtors) | Total Funds on Hand |

| | |
|---|---|
| Total Allocation Receipts: | $0.00 |
| Total Net Deposits: | $10,000.00 |
| Total Gross Receipts: | $10,000.00 |

Page Subtotals:   $0.00   $0.00

UST Form 101-7-TDR (10/1/2010) *(Page: 17)*